2 So.3d 862 (2008)
PARHAM AND PARHAM, INC.
v.
Vincent WRIGHT.
2060511.
Court of Civil Appeals of Alabama.
June 13, 2008.
Ian D. Rosenthal of Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP, Mobile, for appellant.
Michael P. Windom of Windom & Tobias, L.L.C., Mobile, for appellee.
PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Fort James Operating Co. v. Stephens, 996 So.2d 833, 839 (Ala.2008); Ex parte St. Regis Corp., 535 So.2d 160, 161-62 (Ala.1988); Charles Israel Chevrolet, Inc. v. Walter E. Heller & Co., 476 So.2d 71, 73 (Ala.1985); Ex parte Humphrey, Lutz & Smith, 380 So.2d 845, 846 (Ala.1980); Gulf States Steel Co. v. Cross, 214 Ala. 155, 106 So. 870 (1926); Lewis G. Reed & Sons, Inc. v. Wimbley, 533 So.2d 628, 630-31 (Ala.Civ.App.1988); Weatherly v. Republic Steel Corp., 391 So.2d 662, 664 (Ala.Civ.App.1980); and Misco, Inc. v. Driver, 50 Ala.App. 256, 260, 278 So.2d 374, 377-78 (Civ.App.1973).
THOMPSON, P.J., and BRYAN and THOMAS, JJ., concur.
MOORE, J., concurs in part and concurs in the result in part, with writing.
MOORE, Judge, concurring in part and concurring in the result in part.
I concur in the no-opinion affirmance as to the trial court's award of expenses to the employee's attorney. As to the remaining issues, I concur in the result.